IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 NOV 16 AM 11: 14
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

UNITED STATES OF AMERICA

vs.

JAMAL SPENCE

2015 NOV 13 P 4: 58

\*

\*   Case No.   RDB-15-0541

\*

\*

\*\*\*\*\*\*

### ORDER OF TEMPORARY DETENTION PENDING HEARING
### PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __WED  11/18/2015  2:00__ (date) at __2:00pm__ (time) before __BETH P. GESNER__, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __7B__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

November 13, 2015
Date

_/s/ Timothy J. Sullivan_
Timothy J. Sullivan
United States Magistrate Judge