IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. RDB-15-541 |
| ADRIAN JAMALA SPENCE, et al., | ) |
| Defendants. | ) |

## ORDER TO UNSEAL CASE

Having considered the motion by the United States of America to unseal the indictment in this case, and for good cause shown, IT IS HEREBY ORDERED:

1. That the Government's motion be and hereby is GRANTED; and

2. That the indictment in this case be unsealed.

IT IS SO ORDERED THIS 12th day of January 2016.

The Honorable Stephanie A. Gallagher
United States Magistrate Judge

-1-