Adrian Spence Reg.No. 59400-037
Ashland FCI
P.O. Box 6001
Ashland, KY 41105

Clerk of the Court
Fed. Dist. Ct., Dist. of MD
Edward A. Garmatz Fed. Bldg.
101 W. Lombard St., Rm 4415
Baltimore, MD 21201

March 6, 2019

____FILED   ____ENTERED
____LODGED ✓  ✓ RECEIVED

MAR 22 2019

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                         DEPUTY
BY

RE: Case No.s' CCB-16-0267 and RDB-15-541

Dear Clerk:

   I am writing in reference to the above cited cases. I would first like to ask for a Docket Sheet for both matters, to be sent to me here at Ashland FCI.

   Please note that Ashland has a very strict Mail Policy. If a letter is not sent as Special Mail (i.e. given name of the **sender** and not just office information, and stating on the envelope, "Special Mail: to be opened only in the presence of the inmate), then the Mail Room will rarely provide mail to the inmates (and may be rejected at the local Post Office) if the letter is not in a plain, white envelope, without any labels or any ink besides Black or Blue, and plain, white paper with Black or Blue ink on the inside documents.

   Finally, with regard to the first case (CCB-16-0267), I would like to obtain a copy at no cost if possible of the Transcript, as I am indigent, cannot currently afford a copy, but need to begin working on review of my case. If it is **not** possible, could you please provide me with the cost of obtaining a copy and the contact information of the Court Reporter (Douglas Zweizig) should I be able to afford a copy on my own.

   Thank you very much for your time and assistance.

                                          Respectfully,

                                          *Adrian Spence*
                                          Adrian Spence
                                          Reg.No. 59400-037

Adrian Spence 59400-037
Federal Correction Institution
Ashland, Po Box 6001
Ashland Kentucky 41105

⇔59400-037⇔
Court Clerk
101 W Lombard ST
Baltimore, MD 21201
United States

CHARLESTON WV 256
20 MAR 2019 PM 4 L

FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR 22 2019

AT ___
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
___ DEPUTY

21201-260599

CR7M